# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CARLOS TONEZ, | : No. 162 EM 2014 |
| Petitioner | : |
| v. | : |
| COMMONWEALTH OF PENNSYLVANIA / COURT OF COMMON PLEAS, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of December, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.